# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV349

| | |
|---|---|
| EDWARD WAHLER and KATHY WAHLER, ) ) ) Plaintiffs, ) ) Vs. ) ) COUNTRYWIDE HOME LOANS, ) INC., ) ) Defendant. ) ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

There are pending before the Court the Defendant's motion to dismiss or, in the alternative, for summary judgment and the Plaintiff's motion to remand this matter to state court. Until the pending motions are considered, no further pleadings may be filed.

**IT IS, THEREFORE, ORDERED** that the parties may not make further filings in this action until such time as the pending motions have been resolved by the Court.

2

Signed: September 19, 2006

Lacy H. Thornburg
United States District Judge